UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LISA FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-131-B-W |
| | ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 7, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Plaintiff's Counter-Motion for Judgment on the Administrative Record (Docket # 27) be and hereby is GRANTED.  It is further ORDERED that Defendant's Motion for Judgment on the Administrative Record (Docket # 26) be and hereby is DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 27th day of October, 2009