UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LISA FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV-09-131-B-W |
| | ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) | |
| | ) | |
| Defendant. | ) | |

# AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 7, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Plaintiff's Counter-Motion for Judgment on the Administrative Record (Docket # 27) be and hereby is GRANTED. It is further ORDERED that Defendant's Motion for Judgment on the Administrative Record (Docket # 26) be and hereby is DENIED. It is further ORDERED that this matter is remanded for further administrative proceedings.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2009

---

[1] This Amended Order adds the language regarding remand that was recommended by the Magistrate Judge in her Recommended Decision dated October 7, 2009 (Docket # 29).